In the Matter of the Accounting of LIZZIE D. AFFLECK and JAMES' G. AFFLECK, as Trustees under the Will of JAMES AFFLECK, Deceased.

JAMES G. AFFLECK, Individually and as Trustee, et al., Appellants; E. DUDLEY BARLOW, as Executor of ELIZABETH D. AFFLECK, Deceased, Respondent.

*Matter of Affleck*, 164 App. Div. 960, affirmed.
(Argued February 25, 1915; decided March 16, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 30, 1914, which affirmed a decree of the Westchester County Surrogate's Court sustaining objections to the account herein.

*Michel Kirtland* for appellants.

*E. Dudley Barlow* and *David F. Toumey* for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, MILLER, CARDOZO and SEABURY, JJ.